# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| BARBARA J. ATWOOD,<br>Plaintiff, | CASE NO. 2:11-cv-00089-GLL<br>ELECTRONICALLY FILED |
| vs. | |
| TRANSUNION CREDIT INFORMATION SERVICE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; WORLDS FOREMOST BANK, N.A.; TIBURON FINANCIAL, LLC; RGS FINANCIAL, INC.; and J.C. CHRISTENSEN & ASSOCIATES, INC.;<br>Defendants. | Judge Gary L. Lancaster |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Barbara J. Atwood, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Barbara J. Atwood against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Barbara J. Atwood and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 7/19/11

JUDGE, United States District Court,
Western District of Pennsylvania

cc: All Counsel of Record