UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| BARBARA J. ATWOOD,<br>Plaintiff,<br><br>vs.<br><br>TRANSUNION CREDIT INFORMATION<br>SERVICE; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; WORLDS FOREMOST BANK, N.A.;<br>TIBURON FINANCIAL, LLC; RGS FINANCIAL, INC.;<br>and J.C. CHRISTENSEN & ASSOCIATES, INC.;<br>Defendants. | CASE NO. 2:11-cv-00089-GLL<br><br><br>Judge Gary L. Lancaster |

## **STIPULATION OF DISMISSAL AS TO DEFENDANT RGS FINANCIAL, INC. ONLY**

**IT IS HEREBY STIPULATED AND AGREED to** by and between counsel for plaintiff and counsel for Defendant RGS Financial that the instant action **AGAINST DEFENDANT RGS FINANCIAL, INC ONLY,** be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

**STIPULATED TO BY AND BETWEEN:**

July 19, 2011                      **JEFFREY L. SUHER, P.C.**

                                           By: **s/Jeffrey L. Suher**
                                           Jeffrey L. Suher, Esquire
                                           4328 Old William Penn Highway, Suite 2J
                                           Monroeville, PA 15146
                                           Telephone: (412) 374-9005
                                           lawfirm@jeffcanhelp.com
                                           ATTORNEY FOR PLAINTIFF

**Surdyk, Dowd & Turner, Co, LPA**

By: **s/Boyd Gentry**
Boyd Gentry, Esquire
bgentry@sdtlawyers.com
Melanie L. Frankel, Esquire
mfrankel@sdtlawyers.com
One Prestige Place, Suite 700
Miamisburg OH 45342
ATTORNEYS FOR RGS FINANCIAL, INC.

SO ORDERED, this 21st day of July, 2011.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge