UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| BARBARA J. ATWOOD,<br>Plaintiff,<br><br>vs.<br><br>TRANSUNION CREDIT INFORMATION<br>SERVICE; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; WORLDS FOREMOST BANK, N.A.;<br>TIBURON FINANCIAL, LLC; RGS FINANCIAL, INC.;<br>and J.C. CHRISTENSEN & ASSOCIATES, INC.;<br>Defendants. | CASE NO. 2:11-cv-00089-GLL<br>ELECTRONICALLY FILED<br><br><br><br>Judge Gary L. Lancaster |

## STIPULATION OF DISMISSAL AS TO

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN")

**IT IS HEREBY STIPULATED AND AGREED to** by and between counsel for plaintiff and counsel for Experian, that the instant action **AGAINST DEFENDANT EXPERIAN ONLY,** be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

**STIPULATED TO BY AND BETWEEN:**

August 4, 2011

**JEFFREY L. SUHER, P.C.**

By: **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone: (412) 374-9005
lawfirm@jeffcanhelp.com
ATTORNEY FOR PLAINTIFF

August 2, 2011               By: **s/Anderson T. Bailey, Esquire**

                            Anderson T. Bailey, Esquire
                            Jones Day
                            500 Grant Street, Suite 3100
                            Pittsburgh, PA 15219
                            (412) 394-7259
                            atbailey@jonesday.com
                            Attorneys for Defendant Experian

                            SO ORDERED, this 5th day of August, 2011.

                            _____,C.J.
                            Hon. Gary L. Lancaster,
                            Chief U.S. District Judge