## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA J. ATWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Civil No. 11-00089 |
| TRANSUNION CREDIT INFORMATION SERVICE, EXPERION INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SOLUTIONS, LLC, WORLDS FOREMOST BANK, NA, TIBURON FINANCIAL, LLC, RGS FINANCIAL, INC., and J.C. CHRISTENSEN & ASSOCIATES, INC., | ) ) ) ) ) ) ) ) | Judge Gary L. Lancaster |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 19th day of August, 2011, IT IS HEREBY ORDERED that Defendant Worlds Foremost Bank's Motion To Excuse Attendance At ENE is hereby GRANTED.  WFB's corporate representative shall only be required to appear at the ENE scheduled in this matter by telephone.

                                                                                                                                      s/ Gary L. Lancaster
_____
                                                                                                                                      Hon. Gary L. Lancaster