# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA J. ATWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Civil No. 11-00089 |
| TRANSUNION CREDIT INFORMATION ) | |
| SERVICE, EXPERION INFORMATION ) | |
| SOLUTIONS INC., EQUIFAX ) | |
| INFORMATION SOLUTIONS, LLC, ) | |
| WORLDS FOREMOST BANK, NA, ) | Judge Gary L. Lancaster |
| TIBURON FINANCIAL, LLC, RGS ) | |
| FINANCIAL, INC., and J.C. ) | |
| CHRISTENSEN & ASSOCIATES, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this 19th day of August, 2011, IT IS HEREBY ORDERED that Defendant

Worlds Foremost Bank's Motion To Excuse Attendance At ENE is hereby GRANTED. WFB's

corporate representative shall only be required to appear at the ENE scheduled in this matter by telephone.


           s/ Gary L. Lancaster
           _____
           Hon. Gary L. Lancaster