UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| BARBARA J. ATWOOD, | **CASE NO. 2:11-cv-00089-GLL** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AS TO REMAINING DEFENDANT WORLDS FOREMOST BANK** |
| TRANSUNION CREDIT INFORMATION SERVICE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; WORLDS FOREMOST BANK, N.A.; TIBURON FINANCIAL, LLC; RGS FINANCIAL, INC.; and J.C. CHRISTENSEN & ASSOCIATES, INC.; | |
| Defendants. | Electronically Filed |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between all undersigned

counsel hereto that the instant action be and is hereby dismissed with prejudice and for each party

to pay their own costs and attorneys' fees.

September 21, 2011                          Respectfully Submitted

By: **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
**Counsel for Plaintiff**

SO ORDERED, this **26** day of
September, 2011.

*/s/Nicholas Ranjan*
Nicholas Ranjan, Esquire
K&L Gates, LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh PA 15222
412-355-8618
Nicholas.ranjan@klgates.com
**Attorney for Defendant Worlds Foremost Bank**

_____,C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge

-1-